UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

-----------------------------------x
NATIONAL EVALUATION SYSTEMS, )
 INC., )
 )
 Plaintiff, )   Civil Action No. 05-30081-KPN
 )
 v. )
 )
NES, LLC d/b/a NATIONAL )
 EDUCATIONAL SERVICE, )
 )
 Defendant. )
-----------------------------------x

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING

Defendant, NES, LLC d/b/a National Educational Service ("Defendant") respectfully submits this motion for a 20-day extension of time in which to file its answer or other responsive pleading, namely, to May 25, 2005.

As set forth in the accompanying Memorandum of Law, which is specifically incorporated herein by reference, the above-captioned action has effectively been settled, as Defendant has agreed to cease use of the mark "NES," which is the subject of the complaint filed by Plaintiff, National Evaluation Systems, Inc. ("Plaintiff"). Accordingly, the controversy between the parties has been fully resolved, and the parties are working together to finalize a settlement agreement. Defendant is requesting a 20-day extension to preserve its right to file an answer or other responsive pleading while the parties concentrate their efforts on finalizing the settlement agreement. Plaintiff has refused to consent to the requested extension, necessitating this motion.

For the foregoing reasons, Defendant requests that the deadline for filing its answer be extended to May 25, 2005.

>Respectfully submitted,
>
>NES, LLC D/B/A
>NATIONAL EDUCATIONAL SERVICE
>
>By its attorneys:

Dated: May 5, 2005

>_____
>Diane DeGiacomo (BBO# 555930)
>David E. Valicenti (BBO #632980)
>CAIN, HIBBARD, MYERS & COOK, P.C.
>66 West Street
>Pittsfield, MA 01201
>Telephone: (413) 443-4771

Of counsel:
Mark A. de Bernardo
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006-3817
Telephone: (202) 282-5760

Virginia R. Richard
Lana C. Marina
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700