UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| NATIONAL EVALUATION SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NES, LLC, d/b/a NATIONAL EDUCATIONAL SERVICE,<br><br>Defendant. | Civil Action No. 05CV30081-MAP |

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT**

Plaintiff National Evaluation Systems, Inc. and Defendant, NES, LLC d/b/a National Educational Service hereby stipulate to an extension of time to June 8, 2005, for the Defendant to answer or otherwise respond to the Complaint. The parties are in the process of executing a settlement agreement which entirely resolves this matter and anticipate filing a Stipulation of Dismissal by June 8, 2005.

Dated: May 24, 2005

| | |
|---|---|
| NATIONAL EVALUATION SYSTEMS, INC.,<br>Plaintiff,<br><br>By its attorneys, | NES, LLC d/b/a NATIONAL EDUCATIONAL SERVICE,<br>Defendant,<br><br>By its attorneys, |
| s/ Donald S. Holland<br>Donald S. Holland, Esq. (BBO #238120)<br>Holland & Bonzagni, P.C<br>171 Dwight Road<br>Longmeadow, MA 01106<br>Telephone: (413) 567-2076 | s/ David E. Valicenti<br>David E. Valicenti, Esq. (BBO #632980)<br>Diane DeGiacomo, Esq. (BBO #555930)<br>CAIN, HIBBARD, MYERS & COOK, P.C.<br>66 West Street<br>Pittsfield, MA 01201 |

DSH@hblaw.org

Telephone: (413) 443-4771
dvalicenti@cainhibbard.com
ddegiacomo@cainhibbard.com

SO ORDERED:

_____
The Honorable Michael A. Ponsor

Date: _____