UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

------------------------------------x
NATIONAL EVALUATION SYSTEMS, )
INC.,                        )
                             )                    MAP
            Plaintiff,       )  Civil Action No. 05-30081-~~KPN~~
                             )
      v.                     )
                             )
NES, LLC d/b/a NATIONAL      )
  EDUCATIONAL SERVICE,       )
                             )
            Defendant.       )
------------------------------------x

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)

Subject to a confidential Settlement Agreement and the approval of the Court, the parties to the above-captioned action hereby stipulate as follows:

1. This Court has jurisdiction over each of the parties to this action and over the subject matter in issue. Venue is proper in this Court.

2. All claims filed in this action are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees in connection with the above-captioned action.

3. This Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

SO ORDERED:

Dated: June 27, 2005

_/s/ Michael A. Ponsor_
The Honorable Michael A. Ponsor
United States District Judge

Approved as to form:

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| *[signature]* | *[signature]* |
| Donald S. Holland, Esq. | Diane M. DeGiacomo, Esq. |
| BBO No. 238120 | BBO No. 555930 |
| Holland & Bonzagni, P.C. | CAIN, HIBBARD, MYERS & COOK, P.C. |
| 171 Dwight Road | 66 West Street |
| Longmeadow, MA  01106-1700 | Pittsfield, MA  01201 |
| Phone: (413) 567-2076 | Phone: (413) 443-4771 |
| Fax: (413) 567-2079 | Fax: (413) 443-7694 |
| Email: dsh@hblaw.org | Email: ddegiacomo@cainhibbard.com |
| Date: JUNE 9, 2005 | Date: June 8, 2005 |

[041731/0003]

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)" has been served, via first-class mail, on this 15th day of June 2005 to: Diane M. DeGiacomo, Esq., CAIN, HIBBARD, MYERS & COOK, P.C., 66 West Street, Pittsfield, MA 01201.

/s/ Donald S. Holland
Donald S. Holland, Esq.
BBO No. 238120
HOLLAND & BONZAGNI, P.C.
171 Dwight Road
Longmeadow, MA 01106
(413) 567-2076
DSH@hblaw.org
Counsel for Plaintiff

[04173L01]